UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN P. LALLY,
        Plaintiff,

v.          Civil Action No. 05-11743-REK

DONALD B. MacLEA,
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

KEETON, S.J.

Now before the Court is plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915:

The motion to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☒     The Clerk shall not issue summonses at this time pending further review of this case in accordance with 28 U.S.C. § 1915.

SO ORDERED.

September 14, 2005         /s/ Robert E. Keeton
DATE         ROBERT E. KEETON
        SENIOR, UNITED STATES DISTRICT JUDGE