United States District Court
District of Massachusetts

Civil Action
No. 05-11743-REK

Sean P. Lally,
        Plaintiff,

Vs.

Donald MacLea,
        Defendant.

## Plaintiff's Motion For The Appointment of Counsel

Now comes the plaintiff, Sean P. Lally, Pro Se, and respectfully moves this Honorable Court to appoint counsel in the above captioned matter.

As grounds, the plaintiff asserts he can demonstrate exceptional circumstances; See, Lyons v. Powell, 838 F 2d 28, 30 (1st. Cir. 1988), via plaintiff's physical disabilities. See plaintiff's affidavit in support attached

hereto and incorporated herein by reference thereto.

WHEREFORE, plaintiff prays for the appointment of counsel predicated upon his showing of exceptional circumstances, i.e. bona fide disabilities; e.g. his loss of sight due to diabetic complication. Appointment of counsel is warranted.

Respectfully submitted,
By Plaintiff, Pro Se

Sean P. Lally Kathleen Lally P.O.A

Sean P. Lally
Kathleen Lally ✓
79 Chapman Street
Wollaston, MA. 02170

Date: 12/21/05

N.1
   Kathleen Lally is the plaintiff's wife, due to the plaintiff's disabilities, she holds power of attorney for her husband.