United States District Court
District of Massachusetts

Sean P. Lally,
    Plaintiff,

Vs.

Donald MacLea,
    Defendant.

Civil Action
No. 05-11743-REK

Affidavit Of Sean P. Lally In Support
Of Plaintiff's Motion For The
Appointment Of Counsel

I, Sean P. Lally, do aver, depose and say:

1. I am the plaintiff in the above captioned matter. I bring a meritorious claim of abuse of process to this Honorable Court, and I clearly meet the "Favorable termination" rule pursuant to Heck v. Humphrey, 114 S.Ct. 2364 (1994).

2. I am indigent and disabled, I rely soley upon goverment agencies

to support my wife and children. I have no other source of income whatsoever.

3. I suffer with the following maladies and disabilities:

(a) I am a insulin dependent diabetic (type one) since chidhood;

(b) Angina, i.e. (heart disease);

(c) I have lost my sight as from retenopathy, a diabetic complication;

(d) Renal (Kidney) failure and I am hemodialysis dependent and I am awaiting a suitable donor for transplant.

(e) Neuropathy in both feet and suffer chronic pain;

(f) I have suffered two (2) strokes and lost some motor control abilities;

(g) I have recently had some of my toes amputated;

(h) I have just recently been diagnosed with a gastro-intestenal disorder requiring imeadiate surgical intervention.

4. On average of the past six (6) months I have been hospitalized ten (10) days out of each month.

5. Of my three children, only one (1) has reached the age of majority; She is actively pursuing post secondary education. She lives at home with our family and we unequivically support her pursuit for higher knowledge.

6. Of my two (2) boys, one post / one pre adolecent, they play hard and break things. One of the boys is special needs student and requires close

supervision at all times. Between myself and our son, my wife is Nurse, teacher, counselor to he and I.

7. I, nor my wife, have any legal training. We have relied upon the assistance of a family friend, an incarcerated "jail house lawyer". He has advised us (me) to diligently seek counsel, that the complexities of litigation such as this, requires the assistance of counsel.

8. I cannot now or ever be able to retain counsel without depriving my family of food, shelter and clothing.

Signed under the pains and penalties of perjury.

Date: 12/29/05

By,
*Sean P. Lally* *Kathleen Lally* POA
Sean P. Lally
Kathleen Lally (POA)