UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN P. LALLY,<br>    Plaintiff,<br><br>v.<br><br>DONALD MacLEA,<br>    Defendant. | )<br>)<br>)   Civil Action No. 05-11743-REK<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ENLARGE TIME WITHIN WHICH TO FILE
### DEFENDANT'S ANSWER OR MOTION TO DISMISS

The defendant, through counsel, hereby moves the Court to enlarge the time within which he must file his Answer to the complaint, or a motion to dismiss, until March 31, 2006. As grounds, undersigned counsel states that he was not assigned to this case until February 9, 2006, and that he has not had time to sufficiently analyze the various issues raised in the complaint, or to speak with his client. Counsel further states that he has several other matters due in the courts including a brief due in the First Circuit Court of Appeals on March 10, 2006, and a merits memorandum due in a different session of this Court on March 14, 2006.

For the foregoing reasons, the respondent respectfully asks the Court to enlarge the time within which he must file his Answer, or a motion to dismiss, until March 31, 2006.

Respectfully submitted,

THOMAS F. RILEY
Attorney General

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

2

(617) 727-2200 ext. 2949

Dated: February 14, 2006

**Certificate of Service**

    I hereby certify that a true copy of the above document was served on Sean P. Lally, 79 Chapman Street, Quincy, MA 02107, by depositing the same in the outgoing mail bin in the office of the Attorney General, on February 14, 2006.
.

    /s/ Daniel I. Smulow