UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SEAN P. LALLY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 05-11743-REK |
| v. | ) | |
| | ) | |
| **DONALD MacLEA,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO DISMISS WITH PREJUDICE BY DONALD MacLEA

The defendant, Donald MacLea, hereby respectfully moves the Court to dismiss this lawsuit with prejudice. The suit must be dismissed because (1) MacLea, a Massachusetts probation officer, is entitled to both absolute and qualified immunity; and (2) the Complaint fails to state a claim against him. In support of this, Mr. MacLea relies on the memorandum of law submitted in conjunction with this motion.

**WHEREFORE**, this motion should be allowed and an order should issue dismissing this lawsuit with prejudice.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel I. Smulow
Daniel I. Smulow (BBO # 641668)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2949

Dated: March 31, 2006

2

**Certificate of Service**

    I hereby certify that a true copy of the above document was served on Sean P. Lally, 79 Chapman Street, Quincy, MA 02107, by depositing the same in the outgoing mail bin in the office of the Attorney General, on March 31, 2006.

                                                  /s/ Daniel I. Smulow