Sean P. Lally
79 Chapman Street
Quincy, MA. 02170

April 20, 2006

The Honorable Robert E. Keeton,
United States District Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA. 02210

Re: <u>Lally</u> v. <u>MacLea</u>, C.A. No. 05-11743 REK

Dear Judge Keeton:

As you may recall, on February 14, 2006, Your Honor appointed counsel in the above referenced matter. To date this has not come to fruition. However, the Massachusetts Attorney General served myself with a Motion to Dismiss predicated upon three theories (1) Absolute Immunity; (2) Qualified Immunity; and, (3) Failure to State a Claim..., Fed. R. Civ. P. 12(B)(6). Your Honor, I am at a serious disadvantage. Could you please expedite the actual appointment? Although, I have recently had all the toes in my left foot removed and I am currently admitted to the Braintree Rehabilitation Hospital, my wife can be contacted at home.
  Thank you.

Very truly yours,

Sean P. Lally   Kathleen Lally, POA
Sean P. Lally
Kathleen Lally, POA

CC: File