


```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                   JOHN JOSEPH MOAKLEY COURTHOUSE
                     1 COURTHOUSE WAY, SUITE 2300
                      BOSTON, MASSACHUSETTS 02210
                        TELEPHONE: 617-748-9152
```

**BARBARA MORSE**
**OFFICE OF THE PRO BONO COORDINATOR**

May 10, 2006

Mr. Sean P. Lally
79 Chapman Street
Quincy, MA 02170

RE:  <u>Lally v. MacLea</u>, C.A. No. 05-11743-REK

Dear Mr. Lally:

The Court received your letter dated April 20, 2006 inquiring about appointment of pro bono counsel in the above referenced action.

The Court's records indicate that Judge Keeton granted your motion for appointment of counsel and the case file was then forwarded to the office of Pro Bono Coordinator.  A description of your case, along with other cases, has been sent to a panel of attorneys who have agreed to accept pro bono appointments from the Court.  If one or more attorneys express interest in representing you in this action, he or she will examine the case file and, if they wish, seek to be appointed as counsel.  Judge Keeton will then formally approve of the counsel assignment, and you will receive notice of the appointment.

Unfortunately, because the pro bono panel is made up of volunteer attorneys who are not compensated by the Court for their services, it is difficult to predict when, and if, an appointment will take place.

I hope that this letter addresses your concerns.

                                    Sincerely,
                                    s/ Barbara Morse
                                    Pro Bono Coordinator