Kathleen Lally
79 Chapman St.
Wollaston, MA. 02170

May 22, 2006

Honorable Robert E. Keeton,
Senior United States District Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: Lally v. MacLea, C.A. No. 05-11743 - WGY

Dear Judge Keeton;

As you may recall, this civil action was brought by my husband; and I as his Power Of Attorney ("POA"). On April 25, 2006, Sean P. Lally died due to a massive stroke. Nevertheless, our family whishes to pursue the above referenced matter. And that is exactly what Sean would want. We were unlawfully cheated out of a year of my husbands physical presence for a year

Hon. Robert E. Keeton
May 22, 2006
Page two

of his life, which is/was priceless.

As the administrtrix of my husbands estate, I respectfully request to become proper party to the above reference matter and the title of said matter be amended to read:

    The Estate Of Sean P. Lally
              V.
       Donald MacLea

Thank you.

                  Respectfully,
                  *Kathy Lally*
                  Kathleen Lally

CC: File