UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                       Civil Action
                                                                       No: <u>05-11743-WGY</u>

LALLY
Plaintiff

v.

MacLEA
Defendant

ORDER OF DISMISSAL

<u>YOUNG,D.J.</u>

      After a hearing held on  5/14/06    ,this Court Orders that the above entitled action be and hereby is Dismissed for failure to prosecute the case.

                                                                      Sarah A. Thornton
                                                                       Clerk

                                                                       /s/ Elizabeth Smith
                                                     By:    _____
                                                                       Deputy Clerk

September 12, 2006

Notice mailed to counsel of record.